4:12 CV- 110 -HLM

I William Roberts would like to file a complaint against Hayes State Prison for employment discrimination based on my race, and my criminal background. I applied for a correctional officer position with Hayes State Prison in the year 2010. Miss Patty Bishop stated to me while I was pursueing this position on the phone, Hayes State Prison wouldn't be able to employ me bacause I'm not (allowed) to carrey a firearm. I stated to Miss Patty Bishop I am allowed to carry a firearm and I informed her that I do have a valid firearms permit and my own hand gun. I informed Miss Bishop the simple battery charge I have on my criminal record is only a misdeameanor and it's not family violence. I was still denied the correctional officer position. The simpl battery change 6-24-1996

William Roberts
William Roberts
103 Porter Street